District Court Div. 0, No. 13-CR-072522; to the Court of Appeal, Third Circuit, No. KW 16-00670

Denied.

Clark C. CENAC, Jr. & Eileen C. Cenac

v.

**EVANGELINE BUSINESS PARK, LLC & National Building & Contracting, Co., Inc.**

**NO. 2016-C-1227**

Supreme Court of Louisiana.

October 17, 2016

Applying For Writ of Certiorari and/or Review, Parish of Terrebonne, 32nd Judicial District Court Div. C, No. 154073; to the Court of Appeal, First Circuit, No. 2015 CA 0198

Not considered. Untimely. See S.Ct. Rule X, § 5(a).

**IN RE: APPEAL OF THE DECISION OF THE DISCIPLINARY BOARD NO. 16-PDB-002**

**NO. 2016-OB-1469**

Supreme Court of Louisiana.

October 17, 2016

Applying For Appeal of the Decision of the Disciplinary Board Office of Disciplinary Board, No. 16-PDB-002

Leave to appeal denied.

■

**IN RE: APPEAL OF THE DECISION OF THE DISCIPLINARY BOARD NO. 16-PDB-003**

**NO. 2016-OB-1508**

Supreme Court of Louisiana.

October 17, 2016

Applying For Appeal of the Decision of the Disciplinary Board Office of Disciplinary Board, No. 16-PDB-003

Leave to appeal denied.

■

**IN RE: APPEAL OF THE DECISION OF THE DISCIPLINARY BOARD NO. 16-PDB-012**

**NO. 2016-OB-1532**

Supreme Court of Louisiana.

October 17, 2016

Applying For Appeal of the Decision of the Disciplinary Board Office of Disciplinary Board, No. 16-PDB-012

Leave to appeal denied.

